
USDC SCAN INDEX SHEET

















```
GEP    10/7/04    15:43
3:04-CR-02584   USA V. OBRIEN
*1*
*CRINFO.*
```

FILED

2004 OCT -5 PM 2: 19

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 04CR2584W |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| v. | ) Title 18, United States Code, Section 1505 - Obstruction of Proceedings before Departments, Agencies, and Committees |
| PETER JAMES O'BRIEN, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about May 3, 2004, in the Southern District of California, defendant PETER JAMES O'BRIEN did corruptly influence, obstruct and impede and endeavor to influence, obstruct and impede the due administration of justice in a proceeding before the United States Securities and Exchange Commission, knowing of said proceeding and intending to influence, obstruct, and impede it, in violation of Title 18, United States Code, Section 1505.

DATED: October 5, 2004

Respectfully submitted,

CAROL C. LAM
United States Attorney

SANJAY BHANDARI
Assistant U.S. Attorney